















APA    4/2/03    15:50

3:00-CR-01210   USA V. MERCADO

*299*

*CRAPPO.*



FILED

APR - 2 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 3 1 2003

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RAMON CHAN-ASTORGA,

Defendant - Appellant.

No. 01-50592

D.C. No. CR-00-01210-NAJ
Southern District of California,
San Diego

ORDER

Before: Peter L. Shaw, Appellate Commissioner

On February 24, 2003, appellant was ordered to show cause why appellant's in forma pauperis status should not be revoked and why this case should not be referred to the district court to determine whether appellant should be required to reimburse the Criminal Justice Act Fund for the cost of appellant's appellate defense, including the cost of producing reporter's transcripts and the fees and expenses of appellant's former appointed counsel. *See* 18 U.S.C. § 3006A(c), (f). To date, the court has not received a response from appellant.

Appellant's opening brief was due March 17, 2003. To date, the court has not received the opening brief or a motion for an extension of time to file the brief.

01-50592

Within 14 days of the filing date of this order, appellant's retained counsel, Cesar A. Lopez, Esq., shall file:  (1) a response to this court's February 24, 2003 order to show cause; and (2)  the opening brief, excerpts of record, and a motion for relief from default.

Failure timely to comply with this order may result in the imposition of sanctions on counsel Lopez.

The due date for appellee's brief will be set upon appellant's compliance with this order.

The Clerk shall also serve this order on appellant individually at Reg. No. 75267-198, Federal Correctional Institution (Lompoc), 3600 Guard Road, Lompoc, California 93436.

General Order 6.3(e)