USDC SCAN INDEX SHEET










APB     12/19/03    11:21
3:00-CR-01210    USA V. MERCADO
*306*
*CRO.*

FILED

03 DEC 17 PM 12:24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

B Reed
DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| RAMON CHAN ASTORGA, | Civil No. Southern District No. 00cr1210-J |
|---|---|
| | Ninth Circuit No. 01-50592 |
| Defendant - Appellant, | **ORDER APPOINTING COUNSEL FOR APPEAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee. | |

On December 9, 2003, the Ninth Circuit ordered Magistrate Judge Louisa S Porter to locate counsel for Defendant-Appellant Ramon Chan Astorga for appeal purposes. Therefore, **IT IS HEREBY ORDERED**:

1.  **Charles Donovan, Esq.**, is appointed to represent **Defendant-Appellant Ramon Chan Astorga**, Southern District of California number 00cr1210, Ninth Circuit number 01-50592.

2. The Clerk of Court for the Southern District of California shall prepare and mail a CJA Voucher, a copy of this order, docket sheet, and attached order *immediately*. The Clerk of the Court shall mail the above to **Charles Donovan, Esq., 105 West F. Street, 4th Floor, San Diego, California, 92101.** Counsel's telephone number is **(619) 696-8989**.

3. The Clerk of the Court for the Southern District of California shall mail a courtesy copy of this Order to the United States Court of Appeals for the Ninth Circuit *immediately*.

DATED: 12/16/03

Hon. LOUISA S PORTER
United States Magistrate Judge
Southern District of California

cc: All parties
Ninth Circuit Court of Appeals
District Judge
CRD Preparing Vouchers

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.  
Clerk of Court

Matt Dykman  
Chief Deputy

To: Clerk, U.S. Court of Appeals  
P.O. Box 193939  
San Francisco, CA 94119-3939

Re: USCA No: 01-50592  
USDC No: 00cr1210J  
**USA v. Astorga**  
Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   | Copy of the Notice of Appeal |   | Docket Entries |   |   |
|---|---|---|---|---|---|
|   | Case Information/Docket Fee Payment Notification Form |   |   |   |   |
|   | Order for Time Schedule (Criminal) |   |   |   |   |
|   | Original Clerk's Record in |   | set(s) of |   | volume(s). |
|   | Reporter's transcript's transcripts in |   | set(s) of |   | volume(s). |
|   | Exhibits in |   | envelope(s) |   | box(es) | folders(s) |
|   | Judgement Order |   |   | F/P Order |   |
|   | CJA Form 20 |   |   | Minute Order |   |
|   | Certificate of Record |   |   | Mandate Return |   |
|   | Magistrate Judge's Report and Recommendation |   |   |   |   |
|   | COA Order |   |   |   |   |
|   | Amended docket fee notification form |   |   |   |   |
| x | Order Appointing Counsel for Appeal |   |   |   |   |
| x | Please acknowledge on the enclosed copy of this transmittal |   |   |   |   |

Sincerely yours,

W. Samuel Hamrick, Jr.  
Clerk of Court

Date: 12/19/03

By: *B. Reed*  
B Reed, **Deputy**